```
                                              IT IS HEREBY ADJUDGED
                                              and DECREED this is SO
                                              ORDERED.
```

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: April 08, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-06279

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Byron L. Singleton and Stephanie L. Singleton<br>        Debtors.<br>_____<br>Everhome Mortgage Company<br>        Movant,<br>   vs.<br><br>Byron L. Singleton and Stephanie L. Singleton,<br>Debtors, Anthony H. Mason, Trustee.<br><br>        Respondents. | No. 2:10-BK-05750-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 22, 2005 and recorded in the office of the Maricopa County Recorder wherein Everhome Mortgage Company is the current beneficiary and Byron L. Singleton and Stephanie L. Singleton have an interest in, further described as:

> LOT 318, OF ROADRUNNER ESTATES WEST UNIT THREE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 201 OF MAPS, PAGE 20.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.